SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, GURI GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>BEFORES, LLC D/B/A AFTERS ICE CREAM; CITRUS CROSSING PROPERTIES LLC; DOES 1 to 10,<br><br>             Defendants. | **Case No.: 2:20-cv-07007 SVW (JPRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Guri Gonzalez ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  November 16, 2020            **SO. CAL EQUAL ACCESS GROUP**


              */s/ Jason J. Kim*
             JASON J. KIM
             Attorney for Plaintiff